Rel: March 27, 2026

**Notice:** This opinion is subject to formal revision before publication in the advance sheets of **Southern Reporter**. Readers are requested to notify the **Reporter of Decisions**, Alabama Appellate Courts, 300 Dexter Avenue, Montgomery, Alabama 36104-3741 ((334) 229-0650), of any typographical or other errors, in order that corrections may be made before the opinion is published in **Southern Reporter**.

# Alabama Court of Criminal Appeals

## OCTOBER TERM, 2025-2026

_____

## CR-2024-0091

_____

## William Chad Randolph

## v.

## State of Alabama

## Appeal from Greene Circuit Court
## (CC-21-12)

After Remand from the Alabama Supreme Court

KELLUM, Judge.

In accordance with the Alabama Supreme Court's opinion in Ex parte Randolph, [Ms. SC-2024-0760, Nov. 21, 2025] ___ So. 3d ___ (Ala. 2025), we reverse William Chad Randolph's conviction for rape in the

first degree and remand this case to the Greene Circuit Court for proceedings consistent with the Supreme Court's opinion.

REVERSED AND REMANDED.

Windom, P.J., and Cole, Minor, and Anderson, JJ., concur.